Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Condon, J.), rendered August 26, 2015, convicting him of criminal sale of a controlled substance in the third degree (two counts), upon his plea of guilty, and imposing sentence.
 

 Ordered that the judgment is affirmed.
 

 The defendant’s contention that the Supreme Court failed to conduct a proper inquiry into his postplea arrest before imposing an enhanced sentence is unpreserved for appellate review (People v Stafford, 115 AD3d 683 [2014]), and we decline to reach it in the exercise of our interest of justice jurisdiction.
 

 Balkin, J.P., Austin, Sgroi and LaSalle, JJ., concur.